1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRANK E. CABANNE

                                    Plaintiff,

v.

VANTAGE ACCEPTANCE, INC.

                                    Defendant.

Case No.:  24-CV-49-CAB-MSB

**ORDER TO SHOW CAUSE**

        This matter comes before the Court upon review of the docket.  On January 7, 2024, Plaintiff filed the complaint [Doc. No. 1], and a summons was issued the following day [Doc. No. 2]. On January 11, 2024, Plaintiff filed a proof of service [Doc. No. 3] that the summons for Defendant was served on Beth Burns, who is designated by law to accept service of process on behalf of GKL Corporate Search, Inc.  Neither Beth Burns nor GKL Corporate Search, Inc., is a party to this suit, and the proof of service fails to explain how or whether either is affiliated with and authorized to accept service on behalf of Defendant Vantage Acceptance, Inc. ("Vantage").   Thus, no default was entered in response to Plaintiff's request for entry of default of Vantage [Doc. No. 4] because there is no evidence on the record that Vantage was served with the summons and complaint.

        Two months have passed since Plaintiff's request for entry of default.  No other activity has occurred in this case, and there remains no indication on the docket that the complaint has been served on the Vantage.  Under Federal Rule of Civil Procedure 4(m),

1

1  "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on

2  motion or on its own after notice to the plaintiff—must dismiss the action without prejudice

3  against that defendant or order that service be made within a specified time." Accordingly,

4  Plaintiff is hereby **ORDERED** to either file a proof of service demonstrating that Vantage

5  has been served with the summons and complaint or **SHOW CAUSE** in writing, on or

6  before **April 19, 2024**, why this matter should not be dismissed for failure to prosecute.

7  Failure to timely respond to this order will result in dismissal of this lawsuit.

8        It is **SO ORDERED**.

9  Dated:  April 8, 2024

10

11                                                                    _____
                                                      Hon. Cathy Ann Bencivengo
                                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28